

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO RODRIGUEZ, | § | No. 08-14-00124-CR |
| Appellant, | § | Appeal from the |
| V. | § | County Criminal Court No. 4 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120C12851) |
| | § | |

## MEMORANDUM  OPINION

Alejandro Rodriguez has filed a motion to dismiss his appeal.  Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P.  42.2(a).  Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

January 16, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)